UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| LIZET ZEA, Plaintiff, | Case No.: 1:25-cv-02200 (PKC) (TAM) |
|---|---|
| v.<br><br>DETECTIVE CHRISTOPHER GRIFFITH,<br>DETECTIVE NUNEZ,<br>DETECTIVE KEVIN O. STEWART,<br>and THE CITY OF NEW YORK,<br>Defendants. | |

**AMENDED COMPLAINT**

**I. JURISDICTION AND VENUE**

1. This Court has jurisdiction under 28 U.S.C. § 1331 and 42 U.S.C. § 1983 because the Plaintiff brings claims for violations of her rights under the U.S. Constitution, including the Fourth, Fifth, and Fourteenth Amendments.

2. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in Queens County, New York, within the Eastern District.

**II. PARTIES**

3. Plaintiff Lizet Zea is an individual residing in Queens, New York.

4. Defendant Christopher Griffith is a detective with the NYPD Warrant Squad and is sued in his individual capacity.

5. Defendant Nunez is a detective with the NYPD and is sued in his individual capacity.

6. Defendant Kevin O. Stewart is a detective with the NYPD and is sued in his individual capacity.

7. The City of New York is a municipal entity responsible for the NYPD.

**III. STATEMENT OF FACTS**

8. On or about March 26, 2025, in Queens County, Plaintiff was acting as an assistant to a licensed rental agent and facilitated a rental transaction that was later canceled by the landlord. The rental deposit was returned to the complainant's designee.

9. Shortly after, Plaintiff began receiving threatening communications and harassment from Detective Nunez, including the transmission of a "WANTED FOR GRAND LARCENY" poster to Plaintiff's personal cellphone on or about March 30, 2025.

10. The "WANTED" poster bore Plaintiff's image and personal information, despite no arrest warrant, indictment, or formal charge filed against her.

11. Plaintiff has never been convicted or arrested for any crime relating to this matter, and no judicial authorization was issued.

12. The poster was circulated directly to Plaintiff and implied public dissemination, violating her right to be presumed innocent and causing severe emotional and reputational harm.

13. Detective Christopher Griffith has a known personal connection to the complainant's designee, giving rise to a conflict of interest that improperly influenced the decision to target Plaintiff.

14. Detective Stewart was involved in follow-up visits to Plaintiff's home and workplace and continued the campaign of intimidation and harassment.

15. The acts described above violated NYPD regulations, which prohibit distribution of "WANTED" materials to non-law enforcement personnel and prohibit using law enforcement authority for personal vendettas or mental intimidation.

16. As a direct result of Defendants' actions, Plaintiff faces irreparable harm including: Disqualification from professional licenses, ongoing emotional distress, anxiety, and reputational loss, and loss of income and financial hardship affecting Plaintiff and her family.

## IV. CLAIMS FOR RELIEF

Claim 1 – Violation of Fourth and Fifth Amendments (42 U.S.C. § 1983):

17. Defendants Griffith, Nunez, and Stewart, acting under color of law, violated Plaintiff's rights by disseminating a false criminal accusation without warrant or process; engaging in public defamation and intimidation tactics; and misusing NYPD resources for unlawful and retaliatory purposes.

Claim 2 – Deprivation of Liberty Without Due Process (14th Amendment):

18. Plaintiff was effectively branded a criminal without process, causing damage to her liberty interest, including her ability to work and obtain licenses.

Claim 3 – Intentional Infliction of Emotional Distress (State Law):

19. The Defendants' actions were intentional, malicious, and outrageous, and caused Plaintiff severe mental and emotional anguish.

## V. MONETARY RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Award compensatory damages in the amount of $10,000,000.00 against the individual Defendants jointly and severally;

2. Award punitive damages in the amount of $5,000,000.00 for willful and malicious misconduct;

3. Grant reasonable legal costs and any other relief deemed just and proper.

Respectfully submitted,

_____
Lizet Zea
Pro Se Plaintiff
Dated: May 22, 2025
Brooklyn, NY

# RECEIPT

6/13/2024
No. 160641

Alejandra Perez

$ 2000.

Rent. _____ DOLLARS

Cash - Deposit.

◉ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM Chestnut to 80
BY Alejandra Perez




# NYPD

**New York City Police Department**
FUGITIVE ENFORCEMENT DIVISION

## Christopher Griffith
Detective
Queens Warrant Squad

Cell: (929)291-0327
Office: (718)353-1171
Fax: (718)353-1331
CHRISTOPHER.GRIFFITH2@nypd.org

300 Gold Street
Brooklyn, NY 11201

| | | COF STATUS | ACH Status | EV |
|---|---|---|---|---|
| ND | | | | |
| )ne → | Bank of America | Sent | Completed | S |
| | MOISES DIAZ MATUTE | | | |

⌄

ation

| PAYMENT ID | COF STATUS ⇅ | TYPE | AMOUNT | M( |
|---|---|---|---|---|
| COF4UA3TLG6D | Sent | Standard, Outbound | $2,000.00 | |





# MOISES DIAZ MATUTE

(516) 737-6110

## $2,000⁰⁰

From account 360 Checking... 5405

Saturday, March 22, 2025

Payment Status:

● Sent

Payment Details:

You sent this money to MOISES DIAZ MATUTE.

Confirmation Code:

C0F4UA3TLG6D



# Robert'h Griffith (Mente Loca)

**5,8 mil** seguidores · **0** seguidos



Travis Griffith 🚀 El Hate lo enroló y el amor lo devoró siempre bandido "Nunca triste, siempre loco"

[ Seguir ]  [ Mensaje ]  [ ... ]

**Publicaciones**   Información   Más ▼

## Detalles

 roberth_griffit y 1 enlace más

••• Ver la información de Robert'h

📌 **Publicación fijada**

 Robert'h Griffith está en Brooklyn.

Publicaciones    Fotos    Videos

📍 De La Ceiba, Honduras

❤️ Soltera

••• Ver la información de Ale

    

+ 22          + 14          + 11          + 28          + 44
Colección   Colección   Colección   Colección   Colecc

## Amigos
824 amigos

  

Mateo Ortiz    Fernanda Andino    Robert'h Griffith

  

Juan Deivid    Alehandro    Cartman Tac

iMessage
Wed, Mar 19 at 1:50 PM

What time can you come to the commissary today?

¿A qué hora puedes venir al comisario hoy?

Wed, Mar 19 at 3:44 PM

Haz que tu abogado me llame

Thu, Mar 20 at 12:41 PM

Can I call you later?

Yes

Call me at 929-281-7207

Tue, Apr 1 at 3:18 PM



POLICE DEPARTMENT | DETECTIVE BUREAU | POLICE DEPARTMENT
CITY OF NEW YORK | Wanted Flyer # 101089083 | CITY OF NEW YORK

**WANTED**
**FOR GRAND LARCENY**
PERPETRATOR - PROBABLE CAUSE TO ARREST

/ FEMALE / WHITE HISPANIC / 42 YEARS OF AGE DOB: 11/03/1982





**POLICE DEPARTMENT** | **DETECTIVE BUREAU** | **POLICE DEPARTMENT**
CITY OF NEW YORK | Wanted Flyer # 101089083 | CITY OF NEW YORK

# WANTED
## FOR GRAND LARCENY
PERPETRATOR - PROBABLE CAUSE TO ARREST

/ FEMALE / WHITE HISPANIC / 42 YEARS OF AGE DOB: 11/03/1982
NYSID # 14161528Y HEIGHT 5' 0", WEIGHT 120 lbs., HAIR BLACK, EYES
BROWN LAST KNOWN ADDRESS: 63-37 AUSTIN ST QUEENS NY 11374

The Queens Grand Larceny Squad is seeking to locate the above depicted subject who is wanted in connection to a Grand Larceny which occurred on November 15, 2024, at approximately 1800 hours, inside of 153-22 78 Avenue. The subject purported herself to be a Real Estate Agent and showed the victim an apartment which was not for rent. The subject took the victim's security deposit then stopped meeting with and communicating with the victim. The victim never got into the apartment and never got her security deposit back. Anyone with information regarding the victim's whereabouts contact Detective Kevin O. Stewart of the QGLS at 718-321-2778.

Anyone with information regarding the above subject, please notify Det. KEVIN STEWART at 212-760-5236 OR Detective Borough Manhattan South at 212-477-7447

**Investigator:** Det. KEVIN STEWART
**Command Assigned:** 209-GRAND LARCENY DIVISION
**Case#** 2024-874 **Complaint Report#** 2024-107-07948

---

This will be posted all over your apartment building if you do not arrange a day to come in

37-05 Union street
Queens, NY

Jueves a la 8

Wed, Apr 2 at 1:11 PM

I don't have the money with me. I sent the deposit money to them to Mr. Moisés Diaz, Alejandra Pérez's brother-in-

> I don't have the money with me. I sent the deposit money to them to Mr. Moisés Diaz, Alejandra Pérez's brother-in-law. There's a reason for me to go to the police department please clear my name

```
2:14                              ...ll LTE 90
<         Zelle® Transaction Details        X

                    MD

            MOISES DIAZ MATUTE
              (516) 737-6110

$2,000.00
From account 360 Checking... 5405
Saturday, March 22, 2025

Payment Status:
● Sent

Payment Details:
You sent this money to MOISES DIAZ MATUTE.

Confirmation Code:
COF4UA3TLG6D
```

> You still need to come into the precinct tomorrow

Wed, Apr 2 at 8:37 PM

> Good evening, I thought about

> Good evening, I thought about going tomorrow but my lawyer is not available and has court, he will be busy. He tells me that on Wednesday the 9th we will be there at 11am. At the address you sent me. Thank you very much for your understanding.

No. Tomorrow or I will be posting those wanted flyers

> Ok, in the course of the day I'll be there

> Delivered

8am

Thursday 8:39 AM

What time today are you coming

Can you text me when you are on the way

Thursday 10:56 AM

I'll take this as you're not coming in today. Flyers will be posted

**5:36** — +1 (929) 291-0327

> No. Tomorrow or I will be posting those wanted flyers

>> Ok, in the course of the day I'll be there
>> Delivered

> 8am

*Thu, Apr 3 at 8:39 AM*

> What time today are you coming

> Can you text me when you are on the way

*Thu, Apr 3 at 10:56 AM*

> I'll take this as you're not coming in today. Flyers will be posted

*Mon, May 5 at 4:31 PM*

> How come you and Aldo are ignoring me

> Now Victors calling me all upset. You should just turn yourself in already



April 2, 2025

9:42 PM  **Missed Call**

9:42 PM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Block Caller

 Favorites   Recents   Contacts   Keypad   Voicemail



Text message screenshot with +1 (929) 287-9632, iMessage Wed, Apr 2 at 9:43 PM:
- Sent: "Can I call you later?" Read 4/2/25
- Received: "Es detective Núñez"



I WAS HERE AT MAY 23 and.
COURT WAS closed, this is a PROOF
OF a photo I TOOK with the MARSHALL'S
PERMISSION.